UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 13-11812

FOURTEEN THOUSAND EIGHT
HUNDRED FORTY-ONE DOLLARS
IN U.S. CURRENCY,

    Defendant.
                                       /

**ORDER SUSPENDING FORMAL DISCOVERY**

On May 21, 2013, the parties appeared for a scheduling conference and informed the court that there are some preliminary issues that should be addressed before a scheduling order is entered. In particular, the parties must explore whether counsel for Claimant Alexander Joanides has a conflict of interest in simultaneously representing Claimant and another client in a separate case. Accordingly,

IT IS ORDERED that formal discovery is SUSPENDED. The parties should continue with voluntary discovery as they research their preliminary issues. The court will hold another scheduling conference on **June 27, 2013 at 10:30 am.**

                                                   s/Robert H. Cleland
                                                   ROBERT H. CLELAND
                                                   UNITED STATES DISTRICT JUDGE

Dated: May 31, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 31, 2013, by electronic and/or ordinary mail.

                                       s/Lisa Wagner  
                                       Case Manager and Deputy Clerk  
                                       (313) 234-5522